UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

      Plaintiff,

    v.

RACHINA KALIA, *et al.*,

      Defendants.

Case No.  2:25-cv-3744-TLN-JDP (P)

FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner, brings this action against psychiatric providers Rachina Kalia and Singh.  ECF No. 1 at 4-5.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  He has filed at least three cases that were dismissed for failure to state a claim upon which relief can be granted: (1) *Driver v. Martel*, No. 08-cv-1910-GEB-EFB (E.D. Cal. Sept. 15, 2009) at ECF Nos. 28 & 32; (2) *Driver v. Kelso*, No. 2:11-cv-2397-EFB-P (E.D. Cal. Aug. 9, 2012) at ECF Nos. 17 & 20; (3) *Driver v. Epp*, No. 2:12-cv-0589-EFB (E.D. Cal. Sept. 5, 2012) at ECF Nos. 7 & 8.

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged he was in imminent danger.  While his complaint invokes those words, the substance of his complaint fails to make the showing.  As best I can tell (given that the complaint is difficult to

1

read and poorly organized), plaintiff is complaining that defendants have increased his dosage of anti-psychotic medication.  ECF No. 1 at 5.  The claims fail to identify an imminent danger associated with the dosage and it is unclear how plaintiff, a layman, knows that defendants' judgment as to the correct dosage is wrong, much less dangerous to his health.

Accordingly, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 6, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    March 24, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2