UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BILLY DRIVER, JR., | Case No.  2:25-cv-3744-TLN-JDP |
| Plaintiff, |  |
| v. | **ORDER** |
| RACHINA KALIA, et al., |  |
| Defendants. |  |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Plaintiff has filed objections to the findings and recommendations.  (ECF Nos. 10, 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2026 (ECF No. 9) are adopted in full;

2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED; and

3. **Within 21 days from the date of this Order**, Plaintiff must pay the filing fee of $405 to initiate a lawsuit with the Clerk of Court.  Failure to submit payment on time will result in dismissal of this action.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE