UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br>Plaintiff,<br>v.<br>RACHINA KALIA, et al.,<br>Defendants. | No. 2:25-cv-03744-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). (ECF No. 12.) Plaintiff was granted twenty-one days in which to pay the $405 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED without prejudice for failure to pay the filing fee; and
2. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: September 18, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE